July 23, 1971.

M. P. No. 1491. ARTHUR J. SWANLUND *et ux. v.* MERCHANTS MUTUAL INSURANCE Co. Motion of defendant for leave to file petition for writ of certiorari denied without prejudice to raise issues presented herein on appeal. *Louis B. Cappuccio,* for respondent-plaintiff. *Martin M. Zucker,* for petitioner-defendant.

M. P. No. 1500. THOMAS ROBERT ROSS *v.* FRANCIS A. HOWARD, *Warden.* Respondent directed to file answer to petition for habeas corpus and *show cause,* if any he has, why the writ should not issue as prayed, answer to comply with Provisional Order No. 7. *Thomas Robert Ross,* petitioner, pro se. *Richard J. Israel,* Attorney General, *Donald P. Ryan,* Asst. Attorney General, for respondent.

M. P. No. 1501. EX PARTE ARAM K. BERBERIAN. Petition for exemption from provisions of Rule 15 denied. *Aram K. Berberian,* for petitioner. *Richard J. Israel,* Attorney General, *Donald P. Ryan,* Asst. Attorney General, for respondent.